JANE E. BLADON, as Administratrix, etc., of EDWARD F. BLADON, Deceased,

Respondent, v. MAX GREENWALD, Appellant.— Order granting motion for preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.